# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DAVID E. SIVLEY**                                                                                               **PLAINTIFF**

**VS.**         **CAUSE NO. 2:09-CV-111-B-S**

**DESOTO COUNTY, MISSISSIPPI;**
**STEVE ATKINSON, in His Individual and**
**Official Capacities; APRIL TRU;**
**JANE DOES 1-3 and DR. JOHN DOE**        **DEFENDANTS**

## ORDER GRANTING STAY

The named individual Defendants herein have asserted qualified immunity.[15 & 16]. *Local Rule* 26.1(A)(10) provides that "filing of an immunity defense motion shall stay all discovery not relevant to the immunity issue and stay the parties' obligation to make further disclosures pending the Court's ruling on the motion issue, including any appeal." Defendants Steve Atkinson and April Trusty have raised immunity by separate motion as required by *Local Rule* 16(B)(4).[17]

**IT IS THEREFORE, ORDERED** that all proceedings in this case shall be stayed, and no discovery shall commence unless it is directed to the issue of immunity as to Defendants Steve Atkinson and April Trusty .

**SO ORDERED**, this the 25th day of March, 2010.

                                                                          /s/David A. Sanders
                                                                         United States Magistrate Judge